IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PERRY WILSON                                                                              PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:04cv966-HTW-JCS

ORANGE YOUNG, PRECINCT ONE
SUPERVISOR COMMANDER                                                        DEFENDANT

## **ORDER OF DISMISSAL**

On June 10, 2005, this court denied plaintiff's motion to proceed *in forma pauperis*. On September 26, 2005, this court ordered that plaintiff pay the filing fee and warned that failure to do as ordered would result in dismissal of this case.  Plaintiff has failed to pay the filing fee or respond in any way to the September 26 order.  Accordingly, it is hereby ordered that this matter is dismissed for failure to prosecute.

SO ORDERED, this the 17th day of May, 2006.

                                                                        s/ HENRY T. WINGATE
                                                                         CHIEF UNITED STATES DISTRICT JUDGE